Timothy W. Gist
Wyoming State Bar No. 6-3122
Assistant United States Attorney
District of Wyoming
P.O. Box 449
Lander, WY 82520
(307) 332-8195
timothy.gist@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| **v.** | **Criminal No. 26-CR-050-ABJ** |
| **MICHAEL SCOTT HOPPER,** | |
| Defendant. | |

## GOVERNMENT'S NOTICE OF INTENT TO OFFER EXPERT TESTIMONY

The United States hereby submits its notice of intent to offer expert testimony. Fed. R. Crim. P. 16(a)(1)(G). The United States reserves the right to further supplement this notice.

***Special Agent Krystal Stevenson, Bureau of Alcohol, Tobacco, Firearms and Explosives***

***Qualifications*:** Special Agent Stevenson has been a special agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives since April of 2021. Special Agent Stevenson has training and experience regarding the identification, origin and classification of firearms and ammunition under the provisions of the federal firearms laws, including but not limited to, the determination of interstate nexus of firearms and ammunition. Her duties include the examination of firearms and ammunition for the purpose of determining the manufacturer, model, caliber/gauge, and serial number; the place of manufacture; function and design; or status

as related to federal firearms laws, including the National Firearms Act and Gun Control Act. Special Agent Stevenson's qualifications are more fully set forth in her statement of qualifications, attached as **Exhibit 1.** SA Stevenson has not testified as an expert witness in the last four years, nor has she authored any publications within the past ten years.

*Summary of Testimony*: Special Agent Stevenson is expected to testify as to her training and experience regarding the identification, origin, and classification of firearms under federal firearms law, to include the determination of the interstate nexus of firearms. Special Agent Stevenson is expected to testify as to the identification, location of manufacture, and the subsequent transportation of the firearm at issue in the instant offense, including but not limited to the fact the firearm in this case was not manufactured in Wyoming and was therefore transported from another state into Wyoming. More specifically, consistent with her signed, written report, which the government has provided to the Defendant through the discovery process, Special Agent Stevenson is expected to testify that the Ruger Model LCP, .380 Auto caliber pistol, bearing serial number 371877517, was manufactured by Ruger in Arizona, and the Glock, Model 43, 9X19mm caliber pistol bearing serial number BHVM010, was manufactured by Glock GMHB in Austria and imported into the United States by Glock Inc. in Georgia. Both firearms were recovered by law enforcement officers in the State of Wyoming. Therefore, the firearms at issue in this matter, and referenced in the Indictment, were in and affecting interstate commerce.

*Teri L. Eklund, Wyoming Division of Criminal Investigation*

*Qualifications*: Teri L. Eklund is a Fingerprint Examiner at the Wyoming Division of Criminal Investigation's (DCI) Criminal Justice Information Section, Automated Biometric Information Systems (ABIS) Unit and has been employed in that capacity since 2012. Examiner

Eklund's duties primarily include coordination with the criminal justice system to examine, compare, and identify fingerprints using the discipline's accepted methods. Prior to her current role with DCI, Examiner Eklund earned an Associate of Science Degree in Forensic Technology from Grossmont Community College in El Cajon, California, receiving a certificate of achievement in Administration of Justice and Forensic Technology. Examiner Eklund's qualifications are detailed further in her curriculum vitae attached as **Exhibit 2**. Examiner Eklund has not testified as an expert at trial or in a deposition within the past four years, nor has she authored any publications within the last ten years.

*Summary of Testimony*: Examiner Eklund will testify regarding the fingerprint classifications and comparisons of the print card obtained from the Defendant near the time of his arrest on January 12, 2026, (Laboratory Item #1/TCN: WY015000017267002), and the print card that was obtained from the Defendant from his arrest on September 22, 2017, in Park County, Wyoming, which resulted in his disqualifying felony conviction (Laboratory Item #2/TCN: WY01500002512001).

Examiner Eklund is expected to testify that she compared the two print cards and based on her conclusions, opinions, and interpretations, the comparison of Item #1 and Item #2 resulted in an identification meaning that the two print cards originated from the same source – the Defendant, Michael Scott Hopper. Further, Examiner Eklund will testify consistent with her signed written report, which the government has provided to the Defendant through the discovery process.

## **CONCLUSION**

The United States requests the Defendant provide a written summary of any testimony the defense intends to use in their case under Federal Rules of Criminal Procedure, Rules 702, 703 and 705. Fed. R. Crim. P. 16(b)(1)(C).

The United States reserves the right to supplement the notice of expert witness testimony pursuant to the continuing duty to disclose pursuant to Rule 16(a), Federal Rules of Criminal Procedure. Investigations in criminal cases are ongoing, and additional evidence may be discovered requiring additional expert witness testimony.

DATED this 11th day of June 2026.

STEPHANIE I. SPRECHER
First Assistant United States Attorney

By:    */s/ Timothy W. Gist*
       TIMOTHY W. GIST
       Assistant United States Attorney

4

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of June 2026  the foregoing Government's Notice of Intent to Offer Expert Testimony was electronically filed and consequently served on defense counsel via CM/ECF.

*/s/ Amanda R. Hudson*
UNITED STATES ATTORNEY'S OFFICE